# Third District Court of Appeal

## State of Florida

Opinion filed November 25, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1874
Lower Tribunal No. 19-13302
_____

**Daniel Alexis and Rose Alexis,**
Appellants,

vs.

**Newrez, LLC, etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Pomeranz and Associates, P.A. and Mark L. Pomeranz (Hallandale), for appellants.

Quintairos, Prieto, Wood & Boyer, P.A. and Sonia Henriques McDowell (Orlando), for appellee.

Before EMAS, C.J., and SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").